IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KC TRANSPORT, INC., et al.,

        Plaintiffs,

v.                                                 CIVIL ACTION NO.   2:18-cv-00005

LM INSURANCE CORPORATION, et al.,

        Defendants.

### ORDER

On December 30, 2019, Plaintiffs KC Transport, Inc., Lynn Compton, and Eddie Compton and Defendant BB&T Insurance Services, Inc. filed an Agreed Voluntary Dismissal Order pursuant to Rule 41 of the Federal Rules of Civil Procedure advising that the parties' consent to the voluntary dismissal of Plaintiff Eddie Compton.  (ECF No. 166.)  Accordingly, the Court **ORDERS** that the causes of action and damages sought by Plaintiff Eddie Compton be **DISMISSED WITH PREJUDICE**.  The Court further **DIRECTS** the Clerk to remove this Plaintiff from the docket as a party to this action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:     January 3, 2020

THOMAS E. JOHNSTON, CHIEF JUDGE